**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-15049-PSH |
| | § | |
| KANGS SEAFOOD, INC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/06/2010. The undersigned trustee was appointed on 04/06/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $1,896.79

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $96.77 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,800.02 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/01/2010 and the deadline for filing government claims was 09/01/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $474.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $474.20, for a total compensation of $474.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $6.72, for total expenses of $6.72.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/17/2014              By:    /s/ David P. Leibowitz
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 10-15049 Doc 28 Filed 06/18/14 Entered 06/18/14 10:40:15 Desc Main Document Page 3 of 17

Page No: 1
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 10-15049-PSH | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | KANGS SEAFOOD, INC | Date Filed (f) or Converted (c): | 04/06/2010 (f) |
| For the Period Ending: | 4/17/2014 | §341(a) Meeting Date: | 05/11/2010 |
| | | Claims Bar Date: | 09/01/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Bloomington Seafood AR | $12,141.64 | $12,141.64 | | $0.00 | FA |
| 2 | Blu Rest. AR | $7,305.60 | $7,305.60 | | $0.00 | FA |
| 3 | Blue Shark AR | $28,419.44 | $28,419.44 | | $0.00 | FA |
| 4 | 1-C & S AR | $2,559.46 | $2,559.46 | | $0.00 | FA |
| 5 | Cafe Sushi AR | $5,595.54 | $5,595.54 | | $0.00 | FA |
| 6 | Clark Fish Market AR | $8,042.03 | $8,042.03 | | $0.00 | FA |
| 7 | Hana Super Market AR | $15,971.69 | $15,971.69 | | $0.00 | FA |
| 8 | Don K. Cho AR | $36,433.30 | $36,433.30 | | $0.00 | FA |
| 9 | SLI Young Choi Pacific Department AR | $10,112.91 | $10,112.91 | | $0.00 | FA |
| 10 | Anh Chau Oriental Market AR | $238.70 | $238.70 | | $238.70 | FA |
| 11 | Cajun & Grill AR | $5,216.43 | $5,216.43 | | $0.00 | FA |
| 12 | Dappers AR | $845.00 | $845.00 | | $0.00 | FA |
| 13 | Double Dragon (WI) AR | $802.90 | $802.90 | | $0.00 | FA |
| 14 | Mai Thai Cafe AR | $122.40 | $122.40 | | $122.40 | FA |
| 15 | Ming Ling (IN)AR | $19,103.31 | $19,103.31 | | $0.00 | FA |
| 16 | Omega Rest. AR | $280.00 | $280.00 | | $0.00 | FA |
| 17 | Ruan Asian AR | $1,246.00 | $1,246.00 | | $0.00 | FA |
| 18 | Saigon Rest. (WI) AR | $355.50 | $355.50 | | $35.00 | FA |
| 19 | Twin Happiness AR | $10,896.52 | $10,896.52 | | $0.00 | FA |
| 20 | Van Phat AR | $280.80 | $280.80 | | $0.00 | FA |
| 21 | Baisi Thai AR | $1,226.70 | $1,226.70 | | $0.00 | FA |
| 22 | Barbeery Pan AR | $161.60 | $161.60 | | $0.00 | FA |
| 23 | Chang's Chinese (Elston) AR | $2,670.71 | $2,670.71 | | $1,500.00 | FA |
| 24 | EDO B.B.Q. & Sushi AR | $12,019.23 | $12,019.23 | | $0.00 | FA |
| 25 | Golden Thai AR | $111.60 | $111.60 | | $0.00 | FA |
| 26 | Great Taste AR | $500.00 | $500.00 | | $0.00 | FA |
| 27 | Hayashi Japanese AR | $1,408.80 | $1,408.80 | | $0.00 | FA |
| 28 | Hayashi Japanese (Bloomington) AR | $1,718.20 | $1,718.20 | | $0.00 | FA |
| 29 | House of Savory AR | $2,517.00 | $2,517.00 | | $0.00 | FA |
| 30 | Hunan Inn AR | $1,776.54 | $1,776.54 | | $0.00 | FA |
| 31 | Ichiban Japanese AR | $1,075.00 | $1,075.00 | | $0.00 | FA |
| 32 | Jeff Toy's Sun Garden AR | $550.28 | $550.28 | | $0.00 | FA |
| 33 | Kim Garden (WI) AR | $341.00 | $341.00 | | $0.00 | FA |
| 34 | Las Gaviotas AR | $773.72 | $773.72 | | $0.00 | FA |
| 35 | Nikos Food Import AR | $6,786.64 | $6,786.64 | | $0.00 | FA |
| 36 | Paldo Gansan AR | $5,489.21 | $5,489.21 | | $0.00 | FA |
| 37 | Salvador's AR | $1,179.34 | $1,179.34 | | $0.00 | FA |
| 38 | Samwon Garden AR | $1,010.10 | $1,010.10 | | $0.00 | FA |
| 39 | Star Fish AR | $1,011.35 | $1,011.35 | | $0.00 | FA |
| 40 | Sushi Al AR | $1,602.40 | $1,602.40 | | $0.00 | FA |
| 41 | Szechwan Beijing AR | $1,546.50 | $1,546.50 | | $0.00 | FA |
| 42 | Wing Carry Out (WI) AR | $11,089.60 | $11,089.60 | | $0.00 | FA |
| 43 | Yao Yao AR | $30,896.77 | $30,896.77 | | $0.00 | FA |

Case 10-15049 Doc 28 Filed 06/18/14 Entered 06/18/14 10:40:15 Desc Main Document Page 4 of 17

FORM 1
Page No: 2
Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-15049-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | | Date Filed (f) or Converted (c): | 04/06/2010 (f) |
| For the Period Ending: | 4/17/2014 | | §341(a) Meeting Date: | 05/11/2010 |
| | | | Claims Bar Date: | 09/01/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 44 | Don Pedro Foods AR | $15,110.57 | $15,110.57 | | $0.00 | FA |
| 45 | Lone Steer AR | $14,288.52 | $14,288.52 | | $0.00 | FA |
| 46 | Taqueria Durango AR | $2,955.42 | $2,955.42 | | $0.00 | FA |
| 47 | Armitage Shrimp House AR | $7,612.00 | $7,612.00 | | $0.00 | FA |
| 48 | Burrito Loco (Naperville) AR | $5,704.72 | $5,704.72 | | $0.00 | FA |
| 49 | Cafe El Sol AR | $4,208.00 | $4,208.00 | | $0.00 | FA |
| 50 | Costa Azul #2 AR | $2,991.55 | $2,991.55 | | $0.00 | FA |
| 51 | El Angel AR | $1,712.00 | $1,712.00 | | $0.00 | FA |
| 52 | El Gallo Rest. AR | $3,743.75 | $3,743.75 | | $0.00 | FA |
| 53 | El Paso Restaurant AR | $1,298.30 | $1,298.30 | | $0.00 | FA |
| 54 | El Ranchito Michoacano AR | $2,600.00 | $2,600.00 | | $0.00 | FA |
| 55 | Ixtapa Rest. AR | $245.80 | $245.80 | | $0.00 | FA |
| 56 | La Costa De Cancun AR | $4,121.00 | $4,121.00 | | $0.00 | FA |
| 57 | La Mexicana Buena Vista AR | $487.00 | $487.00 | | $0.00 | FA |
| 58 | Latin Rest. AR | $882.76 | $882.76 | | $0.00 | FA |
| 59 | Los Ailtos De Jalisco AR | $4,080.00 | $4,080.00 | | $0.00 | FA |
| 60 | Luna Mexicana AR | $8,794.05 | $8,794.05 | | $0.00 | FA |
| 61 | Reysol Rest. (WI) AR | $3,481.00 | $3,481.00 | | $0.00 | FA |
| 62 | Seafood Special AR | $9,439.20 | $9,439.20 | | $0.00 | FA |
| 63 | Tamales Angelica AR | $363.50 | $363.50 | | $0.00 | FA |
| 64 | Thipi Thai AR | $286.60 | $286.60 | | $0.00 | FA |
| 65 | Silk Mandarin # 1 AR | $2,918.40 | $2,918.40 | | $0.00 | FA |
| 66 | Foster Bank ($116.19) JP Morgan Chase Bank ($32.16) | $148.00 | $148.00 | | $0.00 | FA |
| 67 | Desks/chairs, Telephones, Computers, Copier, Fax machine, adding machine, Air-conditione | $4,950.00 | $4,950.00 | | $0.00 | FA |
| 68 | 5 Compressors, 6 Evaporators, 1 Condenser etc at business location | $62,700.00 | $62,700.00 | | $0.00 | FA |
| 69 | Desks/chairs, Telephones, Computers, Copier, Fax machine, adding machine, Air-conditione | $4,950.00 | $4,950.00 | | $0.00 | FA |
| 70 | 5 Compressors, 6 Evaporators, 1 Condenser etc at business location | $62,700.00 | $62,700.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.69 | FA |

**TOTALS (Excluding unknown value)**                                    **Gross Value of Remaining Assets**

                                     $486,203.60          $486,203.60                             $1,896.79      $0.00

**Major Activities affecting case closing:**

**FORM 1**

Page No: 3

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 10-15049-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | Date Filed (f) or Converted (c): | 04/06/2010 (f) |
| For the Period Ending: | 4/17/2014 | §341(a) Meeting Date: | 05/11/2010 |
| | | Claims Bar Date: | 09/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/20/2010 | Send demand letter to AR |
| | 06/09/10 |
| | DPL |
| 07/01/2010 | Demand Letter Sent |
| 12/31/2011 | Final Tax return to be prepared. |
| 09/05/2012 | Received Debtor's last filed tax return. Emailed Account RE Same |
| 06/25/2013 | Waiver on estate's return filed. |
| | |
| | After determination TFR. |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2013 | DAVID LEIBOWITZ |

| Case No. | 10-15049-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0285 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/6/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,896.79 | | $1,896.79 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.59 | $1,896.20 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.66 | $1,893.54 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.05 | $1,890.49 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $1,887.35 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,884.51 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.94 | $1,881.57 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $1,878.54 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $1,875.51 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,872.68 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.11 | $1,869.57 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.82 | $1,866.75 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.01 | $1,863.74 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.00 | $1,860.74 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.90 | $1,857.84 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.28 | $1,854.56 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.60 | $1,851.96 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $1,848.98 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.07 | $1,845.91 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.78 | $1,843.13 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.97 | $1,840.16 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.68 | $1,837.48 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.96 | $1,834.52 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.86 | $1,831.66 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $1,828.52 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.66 | $1,825.86 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.94 | $1,822.92 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $1,819.79 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.65 | $1,817.14 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,814.21 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.92 | $1,811.29 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.82 | $1,808.47 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.10 | $1,805.37 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.63 | $1,802.74 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,800.02 |

**SUBTOTALS** $1,896.79 $96.77

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-15049-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | KANGS SEAFOOD, INC | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0285 | **Checking Acct #:** | ******4901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 4/6/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/17/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $1,896.79 | $96.77 | $1,800.02 |
| **Less: Bank transfers/CDs** | $1,896.79 | $0.00 | |
| **Subtotal** | $0.00 | $96.77 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $96.77 | |

**For the period of 4/6/2010 to 4/17/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,896.79 |
| | |
| Total Compensable Disbursements: | $96.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 4/17/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,896.79 |
| | |
| Total Compensable Disbursements: | $96.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 10-15049  Doc 28  Filed 06/18/14  Entered 06/18/14 10:40:15  Desc Main
Document  Page 8 of 17
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit B

| Case No. | 10-15049-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***0285 | | Money Market Acct #: | ******5049 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/6/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2010 | (10) | ANH CHAU ORIENTAL MARKET INC | Accounts receivable payment/Preference payment | 1121-000 | $238.70 | | $238.70 |
| 07/22/2010 | (14) | Mai Thai Cafe | Accounts receivable payment/Preference payment | 1121-000 | $122.40 | | $361.10 |
| 07/23/2010 | (23) | Chang's Oriental Express, Inc | Preference payment | 1121-000 | $250.00 | | $611.10 |
| 08/04/2010 | (18) | Anh Tran | Accounts receivable payment/Preference payment | 1121-000 | $35.00 | | $646.10 |
| 08/30/2010 | (23) | Chang's Oriental Express, Inc | Preference payment | 1121-000 | $250.00 | | $896.10 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $896.12 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.04 | | $896.16 |
| 10/06/2010 | (23) | Chang's Oriental Express Inc | Preference payment | 1121-000 | $250.00 | | $1,146.16 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.05 | | $1,146.21 |
| 11/16/2010 | (23) | Chang's Oriental Express, Inc | Accounts receivable payment/Preference payment | 1121-000 | $250.00 | | $1,396.21 |
| 11/30/2010 | (23) | Chang's Oriental Express, Inc | Accounts receivable payment/Preference payment | 1121-000 | $250.00 | | $1,646.21 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.05 | | $1,646.26 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.07 | | $1,646.33 |
| 01/06/2011 | (23) | Chang's Oriental Express, Inc | Payment | 1121-000 | $250.00 | | $1,896.33 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.08 | | $1,896.41 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.07 | | $1,896.48 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.08 | | $1,896.56 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.08 | | $1,896.64 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.08 | | $1,896.72 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.07 | | $1,896.79 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,896.79 | $0.00 |

| | | | | SUBTOTALS | $1,896.79 | $1,896.79 | |

Page No: 4
Case 10-15049  Doc 28  Filed 06/18/14  Entered 06/18/14 10:40:15  Desc Main
Document  Page 9 of 17
FORM 2
Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-15049-PSH | |
| **Case Name:** | KANGS SEAFOOD, INC | |
| **Primary Taxpayer ID #:** | **-***0285 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/6/2010 | |
| **For Period Ending:** | 4/17/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5049 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,896.79 | $1,896.79 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,896.79 | |
| | | | **Subtotal** | | $1,896.79 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,896.79 | $0.00 | |

**For the period of 4/6/2010 to 4/17/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,896.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,896.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,896.79 |

**For the entire history of the account between 07/15/2010 to 4/17/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,896.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,896.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,896.79 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-15049-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KANGS SEAFOOD, INC | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***0285 | | **Money Market Acct #:** | ******5049 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 4/6/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/17/2014 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,896.79 | $96.77 | $1,800.02 |

| For the period of 4/6/2010 to 4/17/2014 | | For the entire history of the case between 04/06/2010 to 4/17/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,896.79 | Total Compensable Receipts: | $1,896.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,896.79 | Total Comp/Non Comp Receipts: | $1,896.79 |
| Total Internal/Transfer Receipts: | $1,896.79 | Total Internal/Transfer Receipts: | $1,896.79 |
| | | | |
| Total Compensable Disbursements: | $96.77 | Total Compensable Disbursements: | $96.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $96.77 | Total Comp/Non Comp Disbursements: | $96.77 |
| Total Internal/Transfer Disbursements: | $1,896.79 | Total Internal/Transfer Disbursements: | $1,896.79 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 10-15049-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | | | | | | | | Date: 4/17/2014 |
| Claims Bar Date: | 09/01/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ 420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $6.72 | $0.00 | $0.00 | $0.00 | $6.72 |
| | LAKELAW 420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,320.00 | $0.00 | $0.00 | $0.00 | $1,320.00 |
| | DAVID P. LEIBOWITZ 420 West Clayton St Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $474.20 | $0.00 | $0.00 | $0.00 | $474.20 |
| | LAKELAW 420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $71.10 | $0.00 | $0.00 | $0.00 | $71.10 |
| 1 | THE CIT GROUP/COMMERCIAL SERVICES INC. 11 West 42nd Street New York NY 10036 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $26,890.00 | $0.00 | $0.00 | $0.00 | $26,890.00 |
| 2 | EULER HERMES ACI Interstate Seafood Inc 800 Red Brook Boulevard Owings Mills MD 21117 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $33,167.88 | $0.00 | $0.00 | $0.00 | $33,167.88 |
| 3 | BB&T COMMERCIAL FINANCE P O Box 310 High Point NC 27261 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,352.50 | $0.00 | $0.00 | $0.00 | $18,352.50 |
| 4 | OCEAN SPRINGS SEAFOOD MARKET, INC C/O Attorney Michael D. Weis PO Box 1166 Northbrook IL 60065 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,209.33 | $0.00 | $0.00 | $0.00 | $17,209.33 |

| Case No.: | 10-15049-PSH | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | KANGS SEAFOOD, INC | | | | | | | Date: 4/17/2014 |
| Claims Bar Date: | 09/01/2010 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ARTIC FOOD SERVICES, INC. <br><br> American Financial Management Inc <br> 3715 Ventura Dr <br> Arlington Heights IL 60004 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,785.00 | $0.00 | $0.00 | $0.00 | $6,785.00 |
| 6 | THE CIT GROUP, INC/COMMERCIAL SERV <br> Golden Gulf Coast <br> File# 09L - 5780 <br> Attn: Teller, Levit & Silvertrust <br> 11 E Adams, Ste 800 <br> Chicago IL 60603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $37,328.64 | $0.00 | $0.00 | $0.00 | $37,328.64 |
| 7 | INTERSTATE SEAFOOD, INC. <br><br> File# 09L 5781 <br> Attn: Teller, Levit & Silvertrust <br> 11 E Adams, Ste 800 <br> Chicago IL 60603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $33,167.88 | $0.00 | $0.00 | $0.00 | $33,167.88 |
| 8 | STERLING SEAFOOD CORPORATION <br><br> New Jersey Corporation <br> c/o Teller, Levit & Silvertrust, P.C. <br> 11 East Adams - Suite 800 <br> Chicago IL 60603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $47,810.36 | $0.00 | $0.00 | $0.00 | $47,810.36 |
| 9 | CHASE BANK USA NA <br><br> PO BOX 15145 <br> Wilmington DE 19850-5145 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $16,676.48 | $0.00 | $0.00 | $0.00 | $16,676.48 |
| 10 | CENTER BANK <br><br> The Law offices of Deborah S. Ashen Ltd <br> 217 N. Jefferson St., Ste 601 <br> Chicago IL 60661 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $356,448.50 | $0.00 | $0.00 | $0.00 | $356,448.50 |

**Claim Notes:**   (10-1) Commercial Loan

**CLAIM ANALYSIS REPORT**     Page No: 3

Exhibit C

| Case No. | 10-15049-PSH | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | KANGS SEAFOOD, INC | | | | | | | | Date: | 4/17/2014 |
| Claims Bar Date: | 09/01/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 | COMMONWEALTH EDISON COMPANY<br><br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section<br>Oakbrook Terrace IL 60181 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,936.64 | $0.00 | $0.00 | $0.00 | $12,936.64 |
| 12 | GLOBAL MARKETING ENTERPRISE<br>Debtor ID 26229 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,358.00 | $0.00 | $0.00 | $0.00 | $3,358.00 |
| | | | | | **$612,003.23** | **$0.00** | **$0.00** | **$0.00** | **$612,003.23** |

**CLAIM ANALYSIS REPORT** Page No: 4
Exhibit C

| | | |
|---|---|---|
| **Case No.** 10-15049-PSH | | **Trustee Name:** David Leibowitz |
| **Case Name:** KANGS SEAFOOD, INC | | **Date:** 4/17/2014 |
| **Claims Bar Date:** 09/01/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $71.10 | $71.10 | $0.00 | $0.00 | $0.00 | $71.10 |
| Attorney for Trustee Fees (Trustee Firm) | $1,320.00 | $1,320.00 | $0.00 | $0.00 | $0.00 | $1,320.00 |
| General Unsecured § 726(a)(2) | $237,006.23 | $237,006.23 | $0.00 | $0.00 | $0.00 | $237,006.23 |
| Payments to Unsecured Credit Card Holders | $16,676.48 | $16,676.48 | $0.00 | $0.00 | $0.00 | $16,676.48 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $356,448.50 | $356,448.50 | $0.00 | $0.00 | $0.00 | $356,448.50 |
| Trustee Compensation | $474.20 | $474.20 | $0.00 | $0.00 | $0.00 | $474.20 |
| Trustee Expenses | $6.72 | $6.72 | $0.00 | $0.00 | $0.00 | $6.72 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 10-15049-PSH
Case Name: KANGS SEAFOOD, INC
Trustee Name: David P. Leibowitz

Balance on hand: $1,800.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | Center Bank | $356,448.50 | $356,448.50 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $1,800.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $474.20 | $0.00 | $474.20 |
| David P. Leibowitz, Trustee Expenses | $6.72 | $0.00 | $6.72 |
| Lakelaw, Attorney for Trustee Fees | $1,320.00 | $0.00 | $1,251.68 |
| Lakelaw, Attorney for Trustee Expenses | $71.10 | $0.00 | $67.42 |

Total to be paid for chapter 7 administrative expenses: $1,800.02
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $253,682.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | The CIT Group/Commercial Services Inc. | $26,890.00 | $0.00 | $0.00 |
| 2 | Euler Hermes ACI | $33,167.88 | $0.00 | $0.00 |
| 3 | BB&T Commercial Finance | $18,352.50 | $0.00 | $0.00 |
| 4 | Ocean Springs Seafood Market, Inc | $17,209.33 | $0.00 | $0.00 |
| 5 | Artic Food Services, Inc. | $6,785.00 | $0.00 | $0.00 |
| 6 | The CIT Group, Inc/Commercial Serv | $37,328.64 | $0.00 | $0.00 |
| 7 | Interstate Seafood, Inc. | $33,167.88 | $0.00 | $0.00 |
| 8 | Sterling Seafood Corporation | $47,810.36 | $0.00 | $0.00 |
| 9 | Chase Bank USA NA | $16,676.48 | $0.00 | $0.00 |
| 11 | Commonwealth Edison Company | $12,936.64 | $0.00 | $0.00 |
| 12 | Global Marketing Enterprise | $3,358.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**