**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                §    Case No. 10-15049-PSH
                      §
KANGS SEAFOOD, INC    §
                      §
                      §
                      §
        Debtor(s)     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/15/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/20/2014         By:  /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-15049-PSH |
| | § | |
| KANGS SEAFOOD, INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $1,896.79
*and approved disbursements of*     $96.77
*leaving a balance on hand of*[1] :     $1,800.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | Center Bank | $356,448.50 | $356,448.50 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,800.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $474.20 | $0.00 | $474.20 |
| David P. Leibowitz, Trustee Expenses | $6.72 | $0.00 | $6.72 |
| Lakelaw, Attorney for Trustee Fees | $1,320.00 | $0.00 | $1,251.68 |
| Lakelaw, Attorney for Trustee Expenses | $71.10 | $0.00 | $67.42 |

Total to be paid for chapter 7 administrative expenses:     $1,800.02
Remaining balance:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $253,682.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services Inc. | $26,890.00 | $0.00 | $0.00 |
| 2 | Euler Hermes ACI | $33,167.88 | $0.00 | $0.00 |
| 3 | BB&T Commercial Finance | $18,352.50 | $0.00 | $0.00 |
| 4 | Ocean Springs Seafood Market, Inc | $17,209.33 | $0.00 | $0.00 |
| 5 | Artic Food Services, Inc. | $6,785.00 | $0.00 | $0.00 |
| 6 | The CIT Group, Inc/Commercial Serv | $37,328.64 | $0.00 | $0.00 |
| 7 | Interstate Seafood, Inc. | $33,167.88 | $0.00 | $0.00 |
| 8 | Sterling Seafood Corporation | $47,810.36 | $0.00 | $0.00 |
| 9 | Chase Bank USA NA | $16,676.48 | $0.00 | $0.00 |
| 11 | Commonwealth Edison Company | $12,936.64 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 10-15049   Doc 32   Filed 06/23/14   Entered 06/25/14 23:43:33   Desc Imaged
                         Certificate of Notice   Page 4 of 6

| | 12 | Global Marketing Enterprise | $3,358.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                           Case No. 10-15049-PSH
Kangs Seafood Inc                                                Chapter 7
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1         User: cgreen                Page 1 of 2         Date Rcvd: Jun 23, 2014
                             Form ID: pdf006             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2014.
db           #+Kangs Seafood Inc,    3000 S Shields Ave,    Chicago, IL 60616-2630
15371541     +Artic Food Services, Inc.,    American Financial Management Inc,    3715 Ventura Dr,
               Arlington Heights, IL 60004-7696
15371540     +Branch Bank & Trust,    File# 09 M1 122024,    Attn: Stein & Rotman,    105 W Madson, Ste 600,
               Chicago, IL 60602-4672
15371531     +Capital One,    Acct# 00570801310062,    PO Box 105474,    Atlanta, GA 30348-5474
15371528     +Center Bank,    Acct# 5160248,    5520 N Lincoln Ave,    Chicago, IL 60625-1095
15371527     +Center Bank,    The Law offices of Deborah S. Ashen Ltd,    217 N. Jefferson St., Ste 601,
               Chicago, IL 60661-1114
15371529     +Chase,    Acct# 0045406851007,    PO Box 260161,    Baton Rouge, LA 70826-0161
15736524      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15371535     +City Wide Disposal Inc.,    Customer Code KANGS SEA,    5001 W 40th St.,    Cicero, IL 60804-4507
15371533     +Comcast,    Acct# 8798300027215485,    PO Box 3002,    Southeastern, PA 19398-3002
15530506     +Euler Hermes ACI,    Interstate Seafood Inc,    800 Red Brook Boulevard,
               Owings Mills, MD 21117-5173
15371543     +Global Marketing Enterprise,    Debtor ID 262299,    Attn: Rauch-Milken Enterprise,
               1801 S Canal St,    Chicago, IL 60616-1522
15371545     +Golden Ocean Seafood, Inc.,    Customer 131670,    2355 S Blue Island Ave,    Chicago, IL 60608-4227
15371542     +Imaex Trading Co., Inc.,    d/b/a A & D Foods,    Invoice# 174036 & 182278,    65 Crestridge Dr,
               Suwanee, GA 30024-3573
15371544     +Interstate Seafood, Inc.,    File# 09L 5781,    Attn: Teller, Levit & Silvertrust,
               11 E Adams, Ste 800,    Chicago, IL 60603-6324
15371537     +Kang, Yunwon (Landlord),    Lease contract,    8 Equestrian Way,    Lemont, IL 60439-9147
15371538     +Ocean Springs Seafood Market,    File# 09 M1 136560,    Attn: Michael D. Weis,    PO Box 1166,
               Northbrook, IL 60065-1166
15679660     +Ocean Springs Seafood Market, Inc.,    C/O Attorney Michael D. Weis,    PO Box 1166,
               Northbrook, IL 60065-1166
15371534     +Peoples Gas,    Acct# 2500015044668,    130 E. Randolph Dr,    Chicago, IL 60601-6302
15715294     +Sterling Seafood Corporation,    New Jersey Corporation,    c/o Teller, Levit & Silvertrust, P.C.,
               11 East Adams - Suite 800,    Chicago, IL 60603-6324
15371536     +T-Mobile,    Acct# 377850561,    PO Box 37380,    Albuquerque, NM 87176-7380
15371539     +The CIT Group, Inc/Commercial Serv,    Golden Gulf Coast,    File# 09L - 5780,
               Attn: Teller, Levit & Silvertrust,    11 E Adams, Ste 800,    Chicago, IL 60603-6324
15486006     +The CIT Group/Commercial Services Inc.,    11 West 42nd Street,    New York, NY 10036-8012
15371530     +WF Business Direct,    Acct# 5474648801556962,    PO Box 348750,    Sacramento, CA 95834-8750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15627829     +E-mail/Text: bankruptcy@bbandt.com Jun 24 2014 00:56:26      BB&T Commercial Finance,
               P O Box 310,    High Point, NC 27261-0310
15371532     +E-mail/Text: legalcollections@comed.com Jun 24 2014 00:57:55      ComEd,   Acct# 8823383006,
               PO Box 805379,    Chicago, IL 60680-4179
15826263     +E-mail/Text: legalcollections@comed.com Jun 24 2014 00:57:55      Commonwealth Edison Company,
               3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lakelaw
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2014                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Jun 23, 2014
                              Form ID: pdf006           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Deborah S Ashen    on behalf of Creditor    Center Bank dsa@ashenlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yon S Choe    on behalf of Debtor    Kangs Seafood Inc yonschoe@msn.com,   yonschoe@msn.com
                                                                                           TOTAL: 4
```