**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-15049-PSH
§
KANGS SEAFOOD, INC §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $482,816.29 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,896.79 | | |

3) Total gross receipts of $1,896.79 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,896.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $185,000.00 | $356,448.50 | $356,448.50 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,968.79 | $1,968.79 | $1,896.79 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $557,830.00 | $253,682.71 | $253,682.71 | $0.00 |
| **Total Disbursements** | $742,830.00 | $612,100.00 | $612,100.00 | $1,896.79 |

4). This case was originally filed under chapter 7 on 04/06/2010. The case was pending for 58 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2015         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Anh Chau Oriental Market AR | 1121-000 | $238.70 |
| Chang's Chinese (Elston) AR | 1121-000 | $1,500.00 |
| Mai Thai Cafe AR | 1121-000 | $122.40 |
| Saigon Rest. (WI) AR | 1121-000 | $35.00 |
| Interest Earned | 1270-000 | $0.69 |
| **TOTAL GROSS RECEIPTS** | | **$1,896.79** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Center Bank | 4110-000 | $185,000.00 | $356,448.50 | $356,448.50 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$185,000.00** | **$356,448.50** | **$356,448.50** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $474.20 | $474.20 | $474.20 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.72 | $6.72 | $6.72 |
| Green Bank | 2600-000 | NA | $96.77 | $96.77 | $96.77 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,320.00 | $1,320.00 | $1,251.68 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $71.10 | $71.10 | $67.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,968.79** | **$1,968.79** | **$1,896.79** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services Inc. | 7100-000 | $0.00 | $26,890.00 | $26,890.00 | $0.00 |
| 2 | Euler Hermes ACI | 7100-000 | $0.00 | $33,167.88 | $33,167.88 | $0.00 |
| 3 | BB&T Commercial Finance | 7100-000 | $19,500.00 | $18,352.50 | $18,352.50 | $0.00 |
| 4 | Ocean Springs Seafood Market, Inc | 7100-000 | $15,500.00 | $17,209.33 | $17,209.33 | $0.00 |
| 5 | Artic Food Services, Inc. | 7100-000 | $0.00 | $6,785.00 | $6,785.00 | $0.00 |
| 6 | The CIT Group, Inc/Commercial Serv | 7100-000 | $39,500.00 | $37,328.64 | $37,328.64 | $0.00 |
| 7 | Interstate Seafood, Inc. | 7100-000 | $39,000.00 | $33,167.88 | $33,167.88 | $0.00 |
| 8 | Sterling Seafood Corporation | 7100-000 | $0.00 | $47,810.36 | $47,810.36 | $0.00 |
| 9 | Chase Bank USA NA | 7100-900 | $100,000.00 | $16,676.48 | $16,676.48 | $0.00 |
| 11 | Commonwealth Edison Company | 7100-000 | $210.00 | $12,936.64 | $12,936.64 | $0.00 |
| 12 | Global Marketing Enterprise | 7100-000 | $3,500.00 | $3,358.00 | $3,358.00 | $0.00 |
|  | Capital One | 7100-000 | $73,000.00 | $0.00 | $0.00 | $0.00 |
|  | Center Bank | 7100-000 | $171,000.00 | $0.00 | $0.00 | $0.00 |
|  | City Wide Disposal Inc. | 7100-000 | $560.00 | $0.00 | $0.00 | $0.00 |
|  | Comcast | 7100-000 | $830.00 | $0.00 | $0.00 | $0.00 |
|  | Peoples Gas | 7100-000 | $210.00 | $0.00 | $0.00 | $0.00 |
|  | WF Business Direct | 7100-000 | $39,000.00 | $0.00 | $0.00 | $0.00 |
|  | Arctic Food Services, Inc. | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
|  | Golden Ocean Seafood, Inc | 7100-000 | $4,700.00 | $0.00 | $0.00 | $0.00 |
|  | Imaex Trading Co., Inc. | 7100-000 | $23,000.00 | $0.00 | $0.00 | $0.00 |
|  | Kang, Yunwon (Landlord) | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
|  | T-Mobile | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $557,830.00 | $253,682.71 | $253,682.71 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-15049-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | | Date Filed (f) or Converted (c): | 04/06/2010 (f) |
| For the Period Ending: | 2/19/2015 | | §341(a) Meeting Date: | 05/11/2010 |
| | | | Claims Bar Date: | 09/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bloomington Seafood AR | $12,141.64 | $12,141.64 | | $0.00 | FA |
| 2 | Blu Rest. AR | $7,305.60 | $7,305.60 | | $0.00 | FA |
| 3 | Blue Shark AR | $28,419.44 | $28,419.44 | | $0.00 | FA |
| 4 | 1-C & S AR | $2,559.46 | $2,559.46 | | $0.00 | FA |
| 5 | Cafe Sushi AR | $5,595.54 | $5,595.54 | | $0.00 | FA |
| 6 | Clark Fish Market AR | $8,042.03 | $8,042.03 | | $0.00 | FA |
| 7 | Hana Super Market AR | $15,971.69 | $15,971.69 | | $0.00 | FA |
| 8 | Don K. Cho AR | $36,433.30 | $36,433.30 | | $0.00 | FA |
| 9 | SLI Young Choi Pacific Department AR | $10,112.91 | $10,112.91 | | $0.00 | FA |
| 10 | Anh Chau Oriental Market AR | $238.70 | $238.70 | | $238.70 | FA |
| 11 | Cajun & Grill AR | $5,216.43 | $5,216.43 | | $0.00 | FA |
| 12 | Dappers AR | $845.00 | $845.00 | | $0.00 | FA |
| 13 | Double Dragon (WI) AR | $802.90 | $802.90 | | $0.00 | FA |
| 14 | Mai Thai Cafe AR | $122.40 | $122.40 | | $122.40 | FA |
| 15 | Ming Ling (IN)AR | $19,103.31 | $19,103.31 | | $0.00 | FA |
| 16 | Omega Rest. AR | $280.00 | $280.00 | | $0.00 | FA |
| 17 | Ruan Asian AR | $1,246.00 | $1,246.00 | | $0.00 | FA |
| 18 | Saigon Rest. (WI) AR | $355.50 | $355.50 | | $35.00 | FA |
| 19 | Twin Happiness AR | $10,896.52 | $10,896.52 | | $0.00 | FA |
| 20 | Van Phat AR | $280.80 | $280.80 | | $0.00 | FA |
| 21 | Baisi Thai AR | $1,226.70 | $1,226.70 | | $0.00 | FA |
| 22 | Barbeery Pan AR | $161.60 | $161.60 | | $0.00 | FA |
| 23 | Chang's Chinese (Elston) AR | $2,670.71 | $2,670.71 | | $1,500.00 | FA |
| 24 | EDO B.B.Q. & Sushi AR | $12,019.23 | $12,019.23 | | $0.00 | FA |
| 25 | Golden Thai AR | $111.60 | $111.60 | | $0.00 | FA |
| 26 | Great Taste AR | $500.00 | $500.00 | | $0.00 | FA |
| 27 | Hayashi Japanese AR | $1,408.80 | $1,408.80 | | $0.00 | FA |
| 28 | Hayashi Japanese (Bloomington) AR | $1,718.20 | $1,718.20 | | $0.00 | FA |
| 29 | House of Savory AR | $2,517.00 | $2,517.00 | | $0.00 | FA |
| 30 | Hunan Inn AR | $1,776.54 | $1,776.54 | | $0.00 | FA |
| 31 | Ichiban Japanese AR | $1,075.00 | $1,075.00 | | $0.00 | FA |
| 32 | Jeff Toy's Sun Garden AR | $550.28 | $550.28 | | $0.00 | FA |
| 33 | Kim Garden (WI) AR | $341.00 | $341.00 | | $0.00 | FA |
| 34 | Las Gaviotas AR | $773.72 | $773.72 | | $0.00 | FA |
| 35 | Nikos Food Import AR | $6,786.64 | $6,786.64 | | $0.00 | FA |
| 36 | Paldo Gansan AR | $5,489.21 | $5,489.21 | | $0.00 | FA |
| 37 | Salvador's AR | $1,179.34 | $1,179.34 | | $0.00 | FA |
| 38 | Samwon Garden AR | $1,010.10 | $1,010.10 | | $0.00 | FA |
| 39 | Star Fish AR | $1,011.35 | $1,011.35 | | $0.00 | FA |
| 40 | Sushi Al AR | $1,602.40 | $1,602.40 | | $0.00 | FA |
| 41 | Szechwan Beijing AR | $1,546.50 | $1,546.50 | | $0.00 | FA |
| 42 | Wing Carry Out (WI) AR | $11,089.60 | $11,089.60 | | $0.00 | FA |
| 43 | Yao Yao AR | $30,896.77 | $30,896.77 | | $0.00 | FA |

Case 10-15049   Doc 35   Filed 03/20/15   Entered 03/20/15 10:35:09   Desc Main
Document   Page 7 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 10-15049-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | Date Filed (f) or Converted (c): | 04/06/2010 (f) |
| For the Period Ending: | 2/19/2015 | §341(a) Meeting Date: | 05/11/2010 |
| | | Claims Bar Date: | 09/01/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 44 | Don Pedro Foods AR | $15,110.57 | $15,110.57 | | $0.00 | FA |
| 45 | Lone Steer AR | $14,288.52 | $14,288.52 | | $0.00 | FA |
| 46 | Taqueria Durango AR | $2,955.42 | $2,955.42 | | $0.00 | FA |
| 47 | Armitage Shrimp House AR | $7,612.00 | $7,612.00 | | $0.00 | FA |
| 48 | Burrito Loco (Naperville) AR | $5,704.72 | $5,704.72 | | $0.00 | FA |
| 49 | Cafe El Sol AR | $4,208.00 | $4,208.00 | | $0.00 | FA |
| 50 | Costa Azul #2 AR | $2,991.55 | $2,991.55 | | $0.00 | FA |
| 51 | El Angel AR | $1,712.00 | $1,712.00 | | $0.00 | FA |
| 52 | El Gallo Rest. AR | $3,743.75 | $3,743.75 | | $0.00 | FA |
| 53 | El Paso Restaurant AR | $1,298.30 | $1,298.30 | | $0.00 | FA |
| 54 | El Ranchito Michoacano AR | $2,600.00 | $2,600.00 | | $0.00 | FA |
| 55 | Ixtapa Rest. AR | $245.80 | $245.80 | | $0.00 | FA |
| 56 | La Costa De Cancun AR | $4,121.00 | $4,121.00 | | $0.00 | FA |
| 57 | La Mexicana Buena Vista AR | $487.00 | $487.00 | | $0.00 | FA |
| 58 | Latin Rest. AR | $882.76 | $882.76 | | $0.00 | FA |
| 59 | Los Ailtos De Jalisco AR | $4,080.00 | $4,080.00 | | $0.00 | FA |
| 60 | Luna Mexicana AR | $8,794.05 | $8,794.05 | | $0.00 | FA |
| 61 | Reysol Rest. (WI) AR | $3,481.00 | $3,481.00 | | $0.00 | FA |
| 62 | Seafood Special AR | $9,439.20 | $9,439.20 | | $0.00 | FA |
| 63 | Tamales Angelica AR | $363.50 | $363.50 | | $0.00 | FA |
| 64 | Thipi Thai AR | $286.60 | $286.60 | | $0.00 | FA |
| 65 | Silk Mandarin # 1 AR | $2,918.40 | $2,918.40 | | $0.00 | FA |
| 66 | Foster Bank ($116.19) JP Morgan Chase Bank ($32.16) | $148.00 | $148.00 | | $0.00 | FA |
| 67 | Desks/chairs, Telephones, Computers, Copier, Fax machine, adding machine, Air-conditione | $4,950.00 | $4,950.00 | | $0.00 | FA |
| 68 | 5 Compressors, 6 Evaporators, 1 Condenser etc at business location | $62,700.00 | $62,700.00 | | $0.00 | FA |
| 69 | Desks/chairs, Telephones, Computers, Copier,  Fax machine, adding machine, Air-conditione | $4,950.00 | $4,950.00 | | $0.00 | FA |
| 70 | 5 Compressors, 6 Evaporators, 1 Condenser etc at business location | $62,700.00 | $62,700.00 | | $0.00 | FA |
| INT | Interest Earned                              (u) | Unknown | Unknown | | $0.69 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $486,203.60 | $486,203.60 | | $1,896.79 | $0.00 |

**Major Activities affecting case closing:**
07/15/2014     TFR Approved.

**FORM 1**

Page No: 3

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 10-15049-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | Date Filed (f) or Converted (c): | 04/06/2010 (f) |
| For the Period Ending: | 2/19/2015 | §341(a) Meeting Date: | 05/11/2010 |
|  |  | Claims Bar Date: | 09/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 04/17/2014 | TFR Completed for Trustee's review. |
| 06/25/2013 | Waiver on estate's return filed. |
|  |  |
|  | After determination TFR. |
| 09/05/2012 | Received Debtor's last filed tax return. Emailed Account RE Same |
| 12/31/2011 | Final Tax return to be prepared. |
| 07/01/2010 | Demand Letter Sent |
| 06/20/2010 | Send demand letter to AR |
|  | 06/09/10 |
|  | DPL |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2013 | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-15049-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0285 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/6/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,896.79 | | $1,896.79 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.59 | $1,896.20 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.66 | $1,893.54 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.05 | $1,890.49 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $1,887.35 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,884.51 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.94 | $1,881.57 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $1,878.54 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $1,875.51 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,872.68 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.11 | $1,869.57 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.82 | $1,866.75 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.01 | $1,863.74 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.00 | $1,860.74 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.90 | $1,857.84 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.28 | $1,854.56 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.60 | $1,851.96 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $1,848.98 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.07 | $1,845.91 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.78 | $1,843.13 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.97 | $1,840.16 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.68 | $1,837.48 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.96 | $1,834.52 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.86 | $1,831.66 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $1,828.52 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.66 | $1,825.86 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.94 | $1,822.92 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $1,819.79 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.65 | $1,817.14 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,814.21 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.92 | $1,811.29 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.82 | $1,808.47 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.10 | $1,805.37 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.63 | $1,802.74 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,800.02 |
| 07/22/2014 | 5001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $474.20 | $1,325.82 |
| 07/22/2014 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.72 | $1,319.10 |
| 07/22/2014 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 1,320.00; Amount Allowed: 1,320.00; Distribution Dividend: 94.82; | 3110-000 | | $1,251.68 | $67.42 |

**SUBTOTALS** $1,896.79 $1,829.37

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-15049-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KANGS SEAFOOD, INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0285 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/6/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | 5004 | Lakelaw | Claim #: ; Amount Claimed: 71.10; Amount Allowed: 71.10; Distribution Dividend: 94.82; | 3120-000 | | $67.42 | $0.00 |
| | | | **TOTALS:** | | $1,896.79 | $1,896.79 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,896.79 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,896.79 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,896.79 | |

**For the period of 4/6/2010 to 2/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,896.79 |
| | |
| Total Compensable Disbursements: | $1,896.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,896.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,896.79 |
| | |
| Total Compensable Disbursements: | $1,896.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,896.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3
Exhibit 9

| | | |
|---|---|---|
| Case No. | 10-15049-PSH | |
| Case Name: | KANGS SEAFOOD, INC | |
| Primary Taxpayer ID #: | **-***0285 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/6/2010 | |
| For Period Ending: | 2/19/2015 | |

| | | |
|---|---|---|
| Trustee Name: | David Leibowitz | |
| Bank Name: | Sterling Bank | |
| Money Market Acct #: | ******5049 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2010 | (10) | ANH CHAU ORIENTAL MARKET INC | Accounts receivable payment/Preference payment | 1121-000 | $238.70 | | $238.70 |
| 07/22/2010 | (14) | Mai Thai Cafe | Accounts receivable payment/Preference payment | 1121-000 | $122.40 | | $361.10 |
| 07/23/2010 | (23) | Chang's Oriental Express, Inc | Preference payment | 1121-000 | $250.00 | | $611.10 |
| 08/04/2010 | (18) | Anh Tran | Accounts receivable payment/Preference payment | 1121-000 | $35.00 | | $646.10 |
| 08/30/2010 | (23) | Chang's Oriental Express, Inc | Preference payment | 1121-000 | $250.00 | | $896.10 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $896.12 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.04 | | $896.16 |
| 10/06/2010 | (23) | Chang's Oriental Express Inc | Preference payment | 1121-000 | $250.00 | | $1,146.16 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.05 | | $1,146.21 |
| 11/16/2010 | (23) | Chang's Oriental Express, Inc | Accounts receivable payment/Preference payment | 1121-000 | $250.00 | | $1,396.21 |
| 11/30/2010 | (23) | Chang's Oriental Express, Inc | Accounts receivable payment/Preference payment | 1121-000 | $250.00 | | $1,646.21 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.05 | | $1,646.26 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.07 | | $1,646.33 |
| 01/06/2011 | (23) | Chang's Oriental Express, Inc | Payment | 1121-000 | $250.00 | | $1,896.33 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.08 | | $1,896.41 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.07 | | $1,896.48 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.08 | | $1,896.56 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.08 | | $1,896.64 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.08 | | $1,896.72 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.07 | | $1,896.79 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,896.79 | $0.00 |

**SUBTOTALS** $1,896.79 $1,896.79

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-15049-PSH | |
| **Case Name:** | KANGS SEAFOOD, INC | |
| **Primary Taxpayer ID #:** | **-***0285 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/6/2010 | |
| **For Period Ending:** | 2/19/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5049 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,896.79 | $1,896.79 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,896.79 | |
| | | | **Subtotal** | | $1,896.79 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,896.79 | $0.00 | |

| **For the period of 4/6/2010 to 2/19/2015** | | **For the entire history of the account between 07/15/2010 to 2/19/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,896.79 | Total Compensable Receipts: | $1,896.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,896.79 | Total Comp/Non Comp Receipts: | $1,896.79 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,896.79 | Total Internal/Transfer Disbursements: | $1,896.79 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-15049-PSH | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | KANGS SEAFOOD, INC | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***0285 | | Money Market Acct #: | ******5049 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/6/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $1,896.79 | $1,896.79 | $0.00 |

**For the period of 4/6/2010 to 2/19/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,896.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,896.79 |
| Total Internal/Transfer Receipts: | $1,896.79 |
| | |
| Total Compensable Disbursements: | $1,896.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,896.79 |
| Total Internal/Transfer Disbursements: | $1,896.79 |

**For the entire history of the case between 04/06/2010 to 2/19/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,896.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,896.79 |
| Total Internal/Transfer Receipts: | $1,896.79 |
| | |
| Total Compensable Disbursements: | $1,896.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,896.79 |
| Total Internal/Transfer Disbursements: | $1,896.79 |